MORRIS PEARLMAN ET AL., PLAINTIFFS, v. FRANK
TRUPPO, DEFENDANT.

Decided May 12, 1932.

For the plaintiffs, *Morris F. Pearlman.*

For the defendant, *Carey & Lane.*

ACKERSON, S. C. C. This is the second time this matter
has been before me upon motion. The first motion was for
leave to amend defendant's answer by setting up *res adjudicata*
as a fifth separate defense. This motion was denied for rea-
sons set forth in my memorandum now reported in 10 *N. J.
Mis. R.* 477; 159 *Atl. Rep.* 623.

After said memorandum had been filed it was stipulated
by the attorneys for the respective parties that the defendant
might have leave to file the proposed amendment to his an-
swer, upon the understanding that the court would then
mould its memorandum as though upon a motion to strike
out said fifth separate defense on the ground that the same
is not *res adjudicata* and a bar to the present action, in order
that an appeal might eventually be taken from the court's
action. In order to have the matter disposed of on its merits
the parties have submitted a transcript of the proceedings in
the former action which form the basis for this defense.

In this situation, therefore, I adopt my memorandum al-
ready filed in this matter, and for the reasons therein ex-
pressed, I hold that the motion to strike out said fifth sep-
arate defense should be granted, and an order may be pre-
sented in accordance with the conclusion thus reached.